# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150181

KAEE JOHNSON, DAMON JOHNSON, JANET
MARIE KUNTZ, JANET MCCASLAND, and
TIM MOHAN,
      Petitioners-Appellants,

v

PONTIAC SCHOOL DISTRICT,
      Respondent-Appellee.

SC: 150181
COA: 320708
State Tenure Comm: 13-000003

_____/

On order of the Court, the application for leave to appeal the August 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2015



Clerk

t0706